**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 09-40719
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**
October 17, 2011

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORENZO CRUZ DE LA CRUZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 5:09-CR-333-1

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Lorenzo Cruz de la Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cruz de la Cruz has not filed a response. We have reviewed counsel's brief and relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.